```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

DERRICK LUCKETT d/b/a
LUCKETT ENTERPRISES, INC.                           PLAINTIFF

VS.                       CIVIL ACTION NO. 5:05-cv-144(DCB)(JMR)

THE TOWN OF BENTONIA; TOMMY HANCOCK,
IN HIS INDIVIDUAL AND OFFICIAL
CAPACITY; QUESS ALLEN, IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY;
TREY BURTON, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY; ELAINE OSBORNE,
IN HER INDIVIDUAL AND OFFICIAL
CAPACITY; KIM SLIGH, IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY                   DEFENDANTS

                        FINAL JUDGMENT

   This cause having come before the court on the defendants' motion for summary judgment, and the motion having been granted as to all claims; accordingly,

   IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice.

   SO ORDERED AND ADJUDGED, this the  6th  day of June, 2007.


                                   s/ David Bramlette
                              UNITED STATES DISTRICT JUDGE